AO 442 (Rev. 11/11) Arrest Warrant

FILED
RICHARD W. NAGEL
CLERK OF COURT

2018 JUL 25 PM 3:24

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) |
|---|---|
| v. | ) |
| VLADIMIR PESTEREANU, a/k/a "Vova" | ) Case No. 1:18-cr-00109(5) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* VLADIMIR PESTEREANU,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Participate in Racketeering Activity

[SEE ATTACHED INDICTMENT]

Date: 7/25/2018

*Issuing officer's signature*

City and state: CINCINNATI, OHIO

Richard W. Nagel, Clerk, U.S. District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 07/25/2018, and the person was arrested on *(date)* 07/31/2018
at *(city and state)* Florida

Date: 09/05/2018

UNK
*Arresting officer's signature*

UNK
*Printed name and title*