S. A. Rubenstein (0071655)
Attorney for Defendant

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF OHIO

## WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No.: 1:18-CR-00109-5** |
| *Plaintiff* | : | (Hon. Judge Timothy S. Black) |
| v. | : | **MOTION FOR ADMISSION** *PRO HAC VICE* |
| **VLADIMIR PESTEREANU** | : | |
| *Defendant* | : | |

Comes now Attorney Scott A. Rubenstein, and pursuant to Local Rule of Court 83.3(e), respectfully moves this Court to admit Attorney Michael Alan Gottlieb, *pro hac vice*, to appear and participate as counsel for the defendant Valdimir Pesereanu.

Movant represents that Michael Alan Gottlieb is a member in good standing of the highest court of the State of Florida as attested by the accompanying Certificate from that court. This Motion is accompanied by a Certificate of Good Standing from the State of Florida and the required two hundred dollar ($200.00) fee.

Michael Alan Gottlieb understands that, unless expressly excused, he must register for electronic filing with this Court promptly upon the granting of this Motion.

Michael Alan Gottlieb's relevant identifying information is as follows:

Michael Alan Gottlieb
Michael A. Gottlieb, P.A.
1311 SE 2nd Avenue
Fort Lauderdale, Florida 33316-1809
mike@mgottlieblaw.com
(954) 462-1005
Florida Bar No.: 0981133

2

Respectfully submitted,


/s/ Scott A. Rubenstein
Scott A. Rubenstein, 0071655
RUBENSTEIN & THURMAN, L.P.A.
125 East Court Street, Suite 1000
Cincinnati, Ohio 45202
(513) 241-7460
Fax (513) 684-7777

COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was served by delivering copy of

same to the Office of the United States Attorney via the Electronic Filing System on the date of

filing.

/s/ Scott A. Rubenstein
Scott A. Rubenstein, 0071655
Attorney at Law

2