# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:18-cr-109-5 |
| Plaintiff, | Judge Timothy S. Black |
| vs. | |
| VLADIMIR PESTEREANU | |
| Defendant. | |

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* (Doc. 79)

Before the Court is the Motion for Admission *Pro Hac Vice* of Michael Alan Gottlieb (Doc. 79). Mr. Gottlieb is an attorney in good standing and consents to the jurisdiction and rules of this district governing professional conduct. Having satisfied the requirements of S.D. Ohio Civ. R. 83.3 for admission, his Motion for Admission to represent Defendant Vladimir Pestereanu in this matter is **GRANTED**, and he is admitted to practice as **co-counsel** on behalf of Defendant Vladimir Pestereanu.

**IT IS SO ORDERED.**

Date: 4/2/19

Timothy S. Black
United States District Judge