UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                     Case No. 1:18-cr-109-5

v.                                        JUDGE DOUGLAS R. COLE

VLADIMIR PESTEREANU,

        Defendant.

## CRIMINAL MINUTES: SENTENCING

AUSA Megan Gaffney Painter appeared by video for the Government

Defendant appeared by video with counsel Michael Gottlieb

Defendant advised of right to appear in person, but consented to appear by video

Defendant sentenced as follows:

Time Served

2 Years Supervised Release
Conditions:
    Must not commit another federal, state, or local crime
    Prohibited from possessing a firearm, ammunition, destructive device, dangerous weapon, or unlawful controlled substance
    Must not unlawfully use any controlled substance
    Must submit to a drug test 15 days of being placed on supervision and at least two periodic drug tests thereafter
    Must submit to periodic drug testing as determined by the Probation Office
    Must cooperate in the collection of his DNA
    Shall comply with the standard conditions of supervised release that have been adopted by this Court
    Shall not incur any new credit charges, or open additional lines of credit, without the approval of the probation officer
    Must provide the probation officer with access to any requested financial information and authorize the release of any requested financial information, which the probation office may share with the U.S.A.O.
    Must comply with any orders of the Department of Homeland Security, Immigration and Customs Enforcement
    Shall not illegally reenter the United States if deported

Special Assessment: $100    Fine: $0    Restitution: To be determined

Defendant to be released from U.S. Marshal custody

| | |
|---|---|
| **Judge:** | Douglas R. Cole |
| **Courtroom Deputy:** | Scott Lang |
| **Court Reporter:** | Sue Lopreato-Official |
| **Date:** | May 17, 2021 |